ROBERT M. MERRITT (State Bar No. 139983)
LAW OFFICES OF ROBERT M. MERRITT
A Professional Law Corporation
555 University Avenue, Suite 137
Sacramento, CA 95825
Telephone:    (916) 925-2200
Facsimile:    (916) 925-2239
Email:        rmmlaw@msn.com

Attorneys for Plaintiff
MARY LOU VILLA

MICHAEL BARNES (State Bar No. 121314)
SONIA R. MARTIN (State Bar No. 191148)
JONE TRAN (State Bar No. 239311)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California  94105-2708
Telephone:    (415) 882-5000
Facsimile:    (415) 882-0300
Email:        michael.barnes@dentons.com
              sonia.martin@dentons.com
              jone.tran@dentons.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARY LOU VILLA,<br><br>              Plaintiff,<br><br>      v.<br><br>ALLSTATE INSURANCE COMPANY, a CORPORATION, and DOES 1 through 20 inclusive,<br><br>              Defendants. | Case No. 2:13-cv-02476-MCE-EFB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE, with each side bearing its own fees and costs.

1  IT IS SO STIPULATED.

2  Dated: December 19, 2014    LAW OFFICES OF ROBERT M. MERRITT

4  By  /s/ ROBERT M. MERRIT
       (As authorized on 12/19/14)
5            ROBERT M. MERRITT

6  Attorneys for Plaintiff
   MARY LOU VILLA

8  Dated: December 19, 2014    DENTONS US LLP

11  By  /s/ MICHAEL BARNES
            MICHAEL BARNES

12  Attorneys for Defendant
    ALLSTATE INSURANCE COMPANY

Pursuant to the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: January 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT